# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:10-CV-1682 |
| JACOBSON HOLMAN, PLLC, et al., | ) Judge Rosemary M. Collyer |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Debra Dorsey, Plaintiff in the above-captioned matter, by and through counsel, hereby appeals to the United States Court of Appeals for the District of Columbia, from the final judgment entered in this action on 18th day of February, 2011.

Dated: March 18, 2011

Respectfully submitted,

/s/Denise M. Clark
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036
(202)293-0015
dmclark@benefitcounsel.com

RECEIVED
MAR 18 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBRA DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:10-CV-1682 |
| JACOBSON HOLMAN, PLLC, et al., | ) Judge Rosemary M. Collyer |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Denise M. Clark, certify that on March 18, 2011, I served Plaintiff's *Notice of Appeal* via electronic and first-class mail upon the following counsel of record:

Diane A. Seltzer, Esq.
5335 Wisconsin Avenue, N.W., Ste. 920
Washington, DC 20015
(202) 355-9385
*Attorney for Defendants*